UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS O. JACKSON,

    Plaintiff,

Case No. 1:08-cv-996

Hon. Robert J. Jonker

vs.

L. PAUL BAILEY, *et al.*,

    Defendants.

_____/

**ORDER TO STAY PROCEEDINGS**

    This is a *pro se* civil rights action brought by a state prisoner. As discussed in previous orders, this action has been complicated by the withdrawal of plaintiff's appointed counsel. During the course of this litigation, plaintiff's former counsel received some documents which were subject to a confidentiality agreement and which were not to be possessed by plaintiff. After plaintiff's counsel withdrew, counsel's law firm deposited all documents in its possession (except attorney work product) with the Court. These documents included papers which had been sent to plaintiff as well as papers which were held by former counsel under the confidentiality agreement.

    Plaintiff claims that prison officials confiscated copies of legal documents sent to him by his former counsel. These documents may be relevant to defendants' pending dispositive motion. Issues have arisen as to (1) which legal documents were confiscated, and (2) whether those documents included contraband which plaintiff's former counsel should not have sent to him. In a separate order entered on this date (docket no. 356), the Court directed plaintiff to file a declaration regarding the loss of these legal documents. The Court cannot take any further action in this matter until the issues related to plaintiff's alleged loss of legal documents are resolved. Accordingly this

action will be stayed pending receipt of plaintiff's declaration.  Upon receipt of the declaration, the Court will enter an order to re-open this action and provide plaintiff with copies of any documents to which he is entitled.  In any event, plaintiff may file a motion to re-open this action 45 days after receipt of the declaration.

Accordingly, **IT IS ORDERED** that this action is **STAYED** and the Clerk's Office is directed to administratively close it pending further order of the Court.


Dated:  March 10, 2015                              /s/ Hugh W. Brenneman, Jr.
                                                    HUGH W. BRENNEMAN, JR.
                                                    United States Magistrate Judge