UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS O. JACKSON #282320,

        Plaintiff,                    Case No. 1:08CV996

v.                                         Hon. Robert J. Jonker

STACY WARD, et al.,

        Defendants.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on December 3, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 3, 2015, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment (docket #333) is **GRANTED**. This matter is **DISMISSED**.

                                            /s/Robert J. Jonker
                                            Robert J. Jonker
                                            Chief United States District Judge

Dated: December 22, 2015